# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL VALLES,** | : | **CIVIL ACTION NO. 1:10-CV-2620** |
| Petitioner | : | (Judge Conner) |
| v. | : | |
| **WILLIAM SCHISM, et al.,** | : | |
| Respondents | : | |

## ORDER

AND NOW, this 9th day of February, 2011, upon consideration of petitioner's motion for reconsideration (Doc. 10) of this court's order of January 31, 2011, (Doc. 8), and it appearing that petitioner fails to demonstrate one of three major grounds for reconsideration ((1) an intervening change in controlling law; (2) the availability of new evidence [not available previously]; [or], (3) the need to correct clear error [of law] or prevent manifest injustice.'")), North River Ins. Co. v. Cigna Reinsurance Co., 52 F.3d 1194, 1218 (3d Cir. 1995) (citations omitted); see Waye v. First Citizen's Nat'l Bank, 846 F. Supp. 310, 314 (M.D. Pa.) ("A motion for reconsideration is not to be used to reargue matters already argued and disposed of."), aff'd, 31 F.3d 1174 (3d Cir. 1994); see also Database America, Inc. v. Bellsouth Adver. & Publ'g Corp., 825 F. Supp. 1216, 1220 (D.N.J. 1993) (citations omitted) ("A party seeking reconsideration must show more than a disagreement with the Court's decision, and 'recapitulation of the cases and arguments considered by the

court before rendering its original decision fails to carry the moving party's burden.'"), it is hereby ORDERED that the motion for reconsideration (Doc. 10) is DENIED.

                                                   S/ Christopher C. Conner
                                                   CHRISTOPHER C. CONNER
                                                   United States District Judge